# UNITED STATES *v.* LOUISIANA ET AL.
# (LOUISIANA BOUNDARY CASE)

No. 9, Orig. Decided May 31, 1960—Final Decree Entered December 12, 1960—Supplemental Decrees Entered December 13, 1965, and December 20, 1971.

*Solicitor General Griswold* argued the cause for the United States on the motion for entry of a supplemental decree as to the State of Louisiana. With him on the motion and memoranda in support thereof were *Assistant Attorney General Kashiwa, George S. Swarth,* and *Jonathan I. Charney.*

*Victor A. Sachse,* Special Assistant Attorney General, argued the cause for the State of Louisiana in opposition to the motion. With him on the memoranda were *Jack P. F. Gremillion,* Attorney General, *John L. Madden,* Assistant Attorney General, and *Paul M. Hebert, Oliver P. Stockwell, Frederick W. Ellis, William E. Shaddock,* and *W. Thomas Tete,* Special Assistant Attorneys General.

## Supplemental Decree

It appearing to the Court that its opinion herein of March 3, 1969, 394 U. S. 11, rejected every ground asserted by the State of Louisiana in support of its claim to rights in the area of the continental shelf hereinafter described, and that no issue as to said area is now pending before the Special Master appointed herein by order of May 19, 1969, 395 U. S. 901; and

It further appearing that substantial revenues derived from lands lying wholly within said area are now being held impounded by the United States pursuant to the parties' Interim Agreement of October 12, 1956, as amended, on file herein, and that there is no reason why the Court should not at this time enter a supple-

mental decree declaring the rights of the United States in the described area and terminating the obligation of the United States to hold impounded the revenues heretofore or hereafter derived from leases of lands lying wholly within the described area:

IT IS ORDERED, ADJUDGED AND DECREED:

1. As against the defendant State of Louisiana and all persons claiming under it, the United States has exclusive rights to explore the area of the continental shelf lying more than one foot seaward of the line described in paragraph 3 hereof, and to exploit the natural resources of said area. The State of Louisiana is not entitled to any interest in such lands, minerals, or resources, and said State, its privies, assigns, lessees and other persons claiming under it are hereby enjoined from interfering with the rights of the United States in such lands, minerals, and resources.

2. All sums now held impounded by the United States under the Interim Agreement of October 12, 1956, as amended, derived from leases of lands lying wholly within the area referred to in paragraph 1 hereof are hereby released to the United States absolutely, and the United States is hereby relieved of any obligation under said agreement to impound any sums hereafter received by it from leases of lands lying wholly within said area.

3. The line referred to in paragraph 1 hereof is described by coordinates in the Louisiana Plane Coordinate System, South Zone, as follows:

| | X | Y |
|---|---|---|
| BEGINNING AT | 2769356.556 | 575649.806 |
| BY STRAIGHT LINE TO | 2790257.937 | 526389.980 |
| BY ARC CENTERED AT | 2779032.000 | 512013.000 |
| TO | 2791384.930 | 525434.041 |
| BY STRAIGHT LINE TO | 2793118.930 | 523838.041 |
| BY ARC CENTERED AT | 2780766.000 | 510417.000 |
| TO | 2794593.837 | 522312.804 |
| BY STRAIGHT LINE TO | 2795886.837 | 520809.804 |
| BY ARC CENTERED AT | 2782059.000 | 508914.000 |
| TO | 2796579.124 | 519954.164 |
| BY STRAIGHT LINE TO | 2799209.124 | 516495.164 |

| | X | Y | |
|---|---|---|---|
| BY ARC CENTERED AT .......... | 2784689.000 | 505455.000 | ...... |
| TO . .... ........................ | 2800440.568 | 514653.224 | ...... |
| BY STRAIGHT LINE TO ....... | 2804269.568 | 508096.224 | ...... |
| BY ARC CENTERED AT .......... | 2788518.000 | 498898.000 | ...... |
| TO ...... ..................... | 2804494.998 | 507698.840 | ...... |
| BY STRAIGHT LINE TO ......... | 2806027.998 | 504915.840 | ...... |
| BY ARC CENTERED AT .......... | 2790051.000 | 496115.000 | ... .. |
| TO ............................. | 2807013.645 | 502822.304 | ...... |
| BY STRAIGHT LINE TO ......... | 2808652.645 | 498677.304 | ..... |
| BY ARC CENTERED AT .......... | 2791690.000 | 491970.000 | ...... |
| TO ....... .................... | 2809151.167 | 497245.118 | ..... |
| BY STRAIGHT LINE TO ......... | 2812250.167 | 486987.118 | ...... |
| BY ARC CENTERED AT ........ | 2794789.000 | 481712.000 | ...... |
| TO . ...... . .................. | 2812519.378 | 485996.033 | ...... |
| BY STRAIGHT LINE TO ........ | 2813932.378 | 480148.033 | ... .. |
| BY ARC CENTERED AT .......... | 2796202.000 | 475864.000 | ... . |
| TO ............................. | 2814261.901 | 478425.093 | ...... |
| BY STRAIGHT LINE TO ......... | 2815268.901 | 471324.093 | ...... |
| BY ARC CENTERED AT .... ... | 2797209.000 | 468763.000 | .... |
| TO ........ .................... | 2815426.129 | 469687.898 | .... |
| BY STRAIGHT LINE TO ........ | 2815673.129 | 464822.898 | . .... |
| BY ARC CENTERED AT .......... | 2797456.000 | 463898.000 | . ... |
| TO ............... ............. | 2815696.593 | 463894.844 | ... .. |
| BY STRAIGHT LINE TO ......... | 2815695.593 | 458115.844 | . ..... |
| BY ARC CENTERED AT .......... | 2797455.000 | 458119.000 | ..... |
| TO ............................. | 2815656.660 | 456927.864 | .. .. |
| BY STRAIGHT LINE TO ......... | 2815268.660 | 450998.864 | ...... |
| BY ARC CENTERED AT .......... | 2797067.000 | 452190.000 | ...... |
| TO ...... .. .................... | 2815170.804 | 449960.314 | .. . |
| BY STRAIGHT LINE TO ......... | 2813956.804 | 440103.314 | .... . |
| BY ARC CENTERED AT .......... | 2795853.000 | 442333.000 | ...... |
| TO ..................... | 2813808.964 | 439123.233 | ...... |
| BY STRAIGHT LINE TO .......... | 2812677.964 | 432796.233 | ...... |
| BY ARC CENTERED AT .......... | 2794722.000 | 436006.000 | ... .. |
| TO ............................. | 2812418.508 | 431584.141 | ... .. |
| BY STRAIGHT LINE TO ......... | 2810956.508 | 425733.141 | ... . |
| BY ARC CENTERED AT .......... | 2793260.000 | 430155.000 | ...... |
| TO ............................. | 2810698.968 | 424806.950 | ...... |
| BY STRAIGHT LINE TO ......... | 2807853.968 | 415529.950 | ..... |
| BY ARC CENTERED AT .......... | 2790415.000 | 420878.000 | ...... |
| TO ............................. | 2807571.652 | 414683.766 | ...... |
| BY STRAIGHT LINE TO .......... | 2805321.652 | 408451.766 | ...... |
| BY ARC CENTERED AT .......... | 2788165.000 | 414646.000 | ...... |
| TO . ....... .. ................. | 2805227.217 | 408196.195 | ...... |
| BY STRAIGHT LINE TO ......... | 2803786.217 | 404384.195 | ...... |
| BY ARC CENTERED AT .......... | 2786724.000 | 410834.000 | ...... |
| TO ............................. | 2803319.235 | 403263.173 | ...... |
| BY STRAIGHT LINE TO ......... | 2799845.235 | 395648.173 | ... .. |
| BY ARC CENTERED AT .......... | 2783250.000 | 403219.000 | ...... |
| TO ............................. | 2798970.928 | 393968.505 | ...... |

| | X | Y |
|---|---|---|
| BY STRAIGHT LINE TO ........ | 2795393.928 ...... | 387889.505 ...... |
| BY ARC CENTERED AT ........ | 2779673.000 ...... | 397140.000 ...... |
| TO ............................ | 2795310.866 ...... | 387749.772 ...... |
| BY STRAIGHT LINE TO ........ | 2793559.866 ...... | 384833.772 ...... |
| BY ARC CENTERED AT ......... | 2777922.000 ...... | 394224.000 ...... |
| TO ............................ | 2792248.791 ...... | 382934.080 ...... |
| BY STRAIGHT LINE TO ........ | 2790813.791 ...... | 381113.080 ...... |
| BY ARC CENTERED AT ......... | 2776487.000 ...... | 392403.000 ...... |
| TO ............................ | 2789360.151 ...... | 379480.105 ...... |
| BY ARC CENTERED AT ........ | 2774670.000 ...... | 390293.000 ...... |
| TO ............................ | 2788262.435 ...... | 378128.916 ...... |
| BY STRAIGHT LINE TO ......... | 2786553.159 ...... | 375044.826 ...... |
| BY ARC CENTERED AT ......... | 2770599.000 ...... | 383887.000 ...... |
| TO ............................ | 2785045.121 ...... | 372750.177 ...... |
| BY STRAIGHT LINE TO ......... | 2788941.664 ...... | 371318.828 ...... |
| BY STRAIGHT LINE TO ........ | 2783791.761 ...... | 371061.536 ...... |
| BY ARC CENTERED AT ......... | 2768031.000 ...... | 380244.000 ...... |
| TO ............................ | 2780548.119 ...... | 366975.957 ...... |
| BY STRAIGHT LINE TO ........ | 2775735.205 ...... | 360552.955 ...... |
| BY ARC CENTERED AT ........ | 2761138.000 ...... | 371491.000 . .... |
| TO ............................ | 2775111.280 ...... | 359766.382 ...... |
| BY STRAIGHT LINE TO ........ | 2773031.020 ...... | 357287.149 ...... |
| BY ARC CENTERED AT ......... | 2757465.000 ...... | 366796.000 ...... |
| TO ............................ | 2771721.145 ...... | 355417.004 ...... |
| BY STRAIGHT LINE TO ........ | 2770633.235 ...... | 354054.018 . .... |
| BY STRAIGHT LINE TO ........ | 2770504.786 ...... | 353847.463 ...... |
| BY ARC CENTERED AT ... ... | 2755015.000 ..... | 363480.000 ...... |
| TO ................. .. .. | 2767787.706 ...... | 350457.818 ...... |
| BY STRAIGHT LINE TO ...... | 2761993.706 ...... | 344774.818 ...... |
| BY ARC CENTERED AT ... .... | 2749221.000 ...... | 357797.000 ...... |
| TO ... ................... | 2760702.849 ... .. | 343623.561 ...... |
| BY STRAIGHT LINE TO .... ... | 2757790.849 ...... | 341264.561 ...... |
| BY ARC CENTERED AT ........ | 2746309.000 ...... | 355438.000 ...... |
| TO ............................ | 2756371.988 ...... | 340224.338 . .... |
| BY STRAIGHT LINE TO ........ | 2773418.101 ...... | 206994.932 .. ... |
| BY ARC CENTERED AT . ..... | 2755325.000 ...... | 204680.000 ...... |
| TO ........ ...... .......... | 2773307.767 ...... | 201623.969 ...... |
| BY STRAIGHT LINE TO .... ... | 2773160.767 ...... | 200758.969 ...... |
| BY ARC CENTERED AT . ....... | 2755178.000 .... . | 203815.000 .. ... |
| TO .. ................. . . .. | 2773015.068 ...... | 199999.475 . .... |
| BY STRAIGHT LINE TO ........ | 2772420.179 ...... | 188058.433 ...... |
| BY ARC CENTERED AT ........ | 2754263.000 ...... | 186316.000 ...... |
| TO ............................ | 2772345.899 ...... | 183922.675 . ... |
| BY STRAIGHT LINE TO ........ | 2771967.899 ...... | 181066.675 ...... |
| BY ARC CENTERED AT ........ | 2753885.000 ...... | 183460.000 ...... |
| TO ................... . . . | 2766173.905 ...... | 169980.310 ...... |
| BY STRAIGHT LINE TO ... ... . | 2764758.905 ...... | 168690.310 . ... . |
| BY ARC CENTERED AT .. .. .. | 2752470.000 ..... | 182170.000 ...... |
| TO ................. .. .. . | 2763667.122 .. ... | 167770.566 .. ... |
| BY STRAIGHT LINE TO . .. | 2740620.854 ...... | 137484.221 ...... |

392

| | X | Y |
|---|---|---|
| BY ARC CENTERED AT . . . . . | 2726105.000 | 148530.000 |
| TO | 2735648.943 | 132985.471 |
| BY STRAIGHT LINE TO | 2719764.466 | 115956.608 |
| BY ARC CENTERED AT . . . . . | 2701773.000 | 118961.000 |
| TO | 2717763.031 | 110183.863 |
| BY STRAIGHT LINE TO | 2717662.031 | 109999.863 |
| BY ARC CENTERED AT | 2701672.000 | 118777.000 |
| TO | 2714989.110 | 106312.097 |
| BY ARC CENTERED AT | 2701104.000 | 118141.000 |
| TO | 2714747.154 | 106033.830 |
| BY STRAIGHT LINE TO | 2714613.154 | 105882.830 |
| BY ARC CENTERED AT | 2700970.000 | 117990.000 |
| TO | 2712654.457 | 103983.120 |
| BY ARC CENTERED AT | 2699658.000 | 116782.000 |
| TO | 2699042.141 | 98551.807 |
| BY STRAIGHT LINE TO | 2614267.867 | 73928.355 |
| BY ARC CENTERED AT | 2609180.000 | 91445.000 |
| TO | 2597415.825 | 77505.006 |
| BY STRAIGHT LINE TO | 2595525.825 | 79100.006 |
| BY ARC CENTERED AT | 2607290.000 | 93040.000 |
| TO | 2589264.969 | 90244.022 |
| BY STRAIGHT LINE TO . . . . | 2573559.774 | 191491.823 |
| BY STRAIGHT LINE TO . . . . . . . | 2572517.559 | 191919.643 |
| BY ARC CENTERED AT | 2576174.000 | 209790.000 |
| TO | 2567199.659 | 193909.810 |
| BY ARC CENTERED AT | 2574890.000 | 210450.000 |
| TO | 2566471.962 | 194268.039 |
| BY STRAIGHT LINE TO | 2564468.949 | 194806.822 |
| BY ARC CENTERED AT | 2565940.000 | 212988.000 |
| TO | 2559750.152 | 195829.765 |
| BY STRAIGHT LINE TO | 2559111.844 | 196060.036 |
| BY ARC CENTERED AT | 2562149.000 | 214046.000 |
| TO | 2557271.764 | 196469.544 |
| BY STRAIGHT LINE TO | 2557018.765 | 196539.748 |
| BY STRAIGHT LINE TO | 2552324.142 | 197552.879 |
| BY ARC CENTERED AT | 2556172.000 | 215383.000 |
| TO | 2551363.075 | 197787.732 |
| BY STRAIGHT LINE TO | 2414966.738 | 172672.945 |
| BY STRAIGHT LINE TO | 2410270.288 | 168699.151 |
| BY STRAIGHT LINE TO | 2406006.195 | 164748.910 |
| BY ARC CENTERED AT | 2393610.000 | 178130.000 |
| TO | 2404971.660 | 163860.034 |
| BY STRAIGHT LINE TO | 2397194.660 | 157668.034 |
| BY ARC CENTERED AT | 2385833.000 | 171938.000 |
| TO | 2396858.180 | 157406.495 |
| BY STRAIGHT LINE TO | 2392712.390 | 154261.048 |
| BY STRAIGHT LINE TO | 2389824.019 | 151967.545 |
| BY ARC CENTERED AT | 2376485.000 | 164409.000 |
| TO | 2387438.051 | 149823.051 |
| BY STRAIGHT LINE TO | 2385828.051 | 148614.051 |

| | X | Y | |
|---|---|---|---|
| BY ARC CENTERED AT ........ | 2374875.000 | 163200.000 | ...... |
| TO ............................ | 2382739.005 | 146741.669 | ...... |
| BY STRAIGHT LINE TO ......... | 2382462.756 | 146609.674 | ...... |
| BY STRAIGHT LINE TO ......... | 2379481.241 | 144717.970 | ...... |
| BY ARC CENTERED AT ......... | 2369709.000 | 160120.000 | ...... |
| TO ............................ | 2378912.544 | 144371.540 | ...... |
| BY STRAIGHT LINE TO ......... | 2376898.544 | 143194.540 | ...... |
| BY ARC CENTERED AT ......... | 2367695.000 | 158943.000 | ...... |
| TO ............................ | 2374966.704 | 142214.534 | ...... |
| BY STRAIGHT LINE TO ......... | 2373711.682 | 141668.989 | ...... |
| BY ARC CENTERED AT ......... | 2364392.000 | 157349.000 | ...... |
| TO ............................ | 2367742.517 | 139418.767 | ...... |
| BY STRAIGHT LINE TO ......... | 2365248.314 | 138184.960 | ...... |
| BY ARC CENTERED AT ......... | 2354070.000 | 152599.000 | ...... |
| TO ............................ | 2349744.041 | 134878.805 | ...... |
| BY STRAIGHT LINE TO ......... | 2348371.940 | 134393.582 | ...... |
| BY STRAIGHT LINE TO ......... | 2346096.020 | 133533.975 | ...... |
| BY ARC CENTERED AT ......... | 2339651.000 | 150598.000 | ...... |
| TO ............................ | 2344530.100 | 133022.061 | ...... |
| BY STRAIGHT LINE TO ......... | 2342882.004 | 132564.548 | ...... |
| BY STRAIGHT LINE TO ......... | 2341883.034 | 132218.265 | ...... |
| BY STRAIGHT LINE TO ......... | 2334774.627 | 129342.086 | ...... |
| BY ARC CENTERED AT ......... | 2327933.000 | 146251.000 | ...... |
| TO ............................ | 2333793.990 | 128977.667 | ...... |
| BY STRAIGHT LINE TO ......... | 2328326.990 | 127122.667 | ...... |
| BY ARC CENTERED AT ......... | 2322466.000 | 144396.000 | ...... |
| TO ............................ | 2326958.626 | 126717.325 | ...... |
| BY STRAIGHT LINE TO ......... | 2326905.790 | 126703.898 | ...... |
| BY ARC CENTERED AT ......... | 2319608.000 | 143421.000 | ...... |
| TO ............................ | 2324588.088 | 125873.409 | ...... |
| BY STRAIGHT LINE TO ......... | 2322643.088 | 125321.409 | ...... |
| BY ARC CENTERED AT ......... | 2317663.000 | 142869.000 | ...... |
| TO ............................ | 2322367.586 | 125245.547 | ...... |
| BY STRAIGHT LINE TO ......... | 2318606.586 | 124241.547 | ...... |
| BY ARC CENTERED AT ......... | 2313902.000 | 141865.000 | ...... |
| TO ............................ | 2314460.343 | 123632.954 | ...... |
| BY STRAIGHT LINE TO ......... | 2312762.343 | 123580.954 | ...... |
| BY ARC CENTERED AT ......... | 2312204.000 | 141813.000 | ...... |
| TO ............................ | 2311215.315 | 123599.221 | ...... |
| BY STRAIGHT LINE TO ......... | 2309557.315 | 123689.221 | ...... |
| BY ARC CENTERED AT ......... | 2310546.000 | 141903.000 | ...... |
| TO ............................ | 2308711.076 | 123754.934 | ...... |
| BY ARC CENTERED AT ......... | 2300326.000 | 139954.000 | ...... |
| TO ............................ | 2308388.131 | 123591.809 | ...... |
| BY STRAIGHT LINE TO ......... | 2306600.131 | 122710.809 | ...... |
| BY ARC CENTERED AT ......... | 2298538.000 | 139073.000 | ...... |
| TO ............................ | 2302488.899 | 121265.428 | ...... |
| BY STRAIGHT LINE TO ......... | 2299991.899 | 120711.428 | ...... |
| BY ARC CENTERED AT ......... | 2296041.000 | 138519.000 | ...... |
| TO ............................ | 2295410.988 | 120289.290 | ...... |

| | X | Y |
|---|---|---|
| BY STRAIGHT LINE TO .......... | 2294513.988 | 120320.290 ...... |
| BY ARC CENTERED AT .......... | 2295144.000 | 138550.000 ...... |
| TO .............................. | 2288531.687 | 121550.101 ...... |
| BY STRAIGHT LINE TO .......... | 2287770.687 | 121846.101 ...... |
| BY ARC CENTERED AT .......... | 2294383.000 | 138846.000 ...... |
| TO .............................. | 2287412.160 | 121989.944 ...... |
| BY STRAIGHT LINE TO .......... | 2284138.223 | 122399.427 ...... |
| BY ARC CENTERED AT .......... | 2286402.000 | 140499.000 ...... |
| TO .............................. | 2283007.179 | 122577.102 ...... |
| BY STRAIGHT LINE TO .......... | 2277807.179 | 123562.102 ...... |
| BY ARC CENTERED AT .......... | 2281202.000 | 141484.000 ...... |
| TO .............................. | 2276614.048 | 123829.824 ...... |
| BY STRAIGHT LINE TO .......... | 2270161.048 | 125506.824 ...... |
| BY ARC CENTERED AT .. ....... | 2274749.000 | 143161.000 ...... |
| TO .............................. | 2267618.118 | 126372.023 ...... |
| BY STRAIGHT LINE TO ........ · | 2263074.118 | 128302.023 ...... |
| BY ARC CENTERED AT .......... | 2270205.000 | 145091.000 ...... |
| TO ............·................ | 2262735.940 | 128449.715 ...... |
| BY STRAIGHT LINE TO .......... | 2256980.940 | 131032.715 ...... |
| BY ARC CENTERED AT .......... | 2264450.000 | 147674.000 ...... |
| TO .............................. | 2255335.199 | 131874.012 ...... |
| BY STRAIGHT LINE TO .......... | 2251881.284 | 133866.529 ...... |
| BY STRAIGHT LINE TO .......... | 2250291.214 | 134590.217 ...... |
| BY STRAIGHT LINE TO .......... | 2229997.048 | 129637.207 ...... |
| BY STRAIGHT LINE TO .......... | 2228299.063 | 128761.074 ...... |
| BY ARC CENTERED AT .......... | 2219935.000 | 144971.000 ...... |
| TO .......................... ...... | 2227466.216 | 128357.751 ...... |
| BY STRAIGHT LINE TO .......... | 2225677.216 | 127546.751 ...... |
| BY ARC CENTERED AT .......... | 2218146.000 | 144160.000 ...... |
| TO .............................. | 2222547.419 | 126458.397 ...... |
| BY STRAIGHT LINE TO .......... | 2219572.429 | 125718.680 ...... |
| BY STRAIGHT LINE TO .......... | 2212203.201 | 123742.459 ...... |
| BY STRAIGHT LINE TO .......... | 2203721.663 | 121100.023 ...... |
| BY ARC CENTERED AT .......... | 2198296.000 | 138515.000 ...... |
| TO .............................. | 2202940.874 | 120875.715 ...... |
| BY STRAIGHT LINE TO .......... | 2196974.874 | 119304.715 ...... |
| BY ARC CENTERED AT .......... | 2192330.000 | 136944.000 ...... |
| TO .............................. | 2195302.266 | 118947.198 ...... |
| BY STRAIGHT LINE TO .......... | 2189988.208 | 118069.554 ...... |
| BY STRAIGHT LINE TO .......... | 2188596.458 | 117772.421 ...... |
| BY ARC CENTERED AT .......... | 2184788.000 | 135611.000 ...... |
| TO .............................. | 2185155.886 | 117374.117 ...... |
| BY ARC CENTERED AT .......... | 2182166.000 | 135368.000 ...... |
| TO .............................. | 2181100.490 | 117158.554 ...... |
| BY STRAIGHT LINE TO .......... | 2179579.490 | 117247.554 ...... |
| BY ARC CENTERED AT .......... | 2180645.000 | 135457.000 ...... |
| TO .............................. | 2177978.852 | 117412.309 ...... |
| BY STRAIGHT LINE TO .......... | 2172699.849 | 117308.349 ...... |
| BY STRAIGHT LINE TO· .......... | 2171638.111 | 117082.068 ...... |
| BY ARC CENTERED AT .......... | 2167836.000 | 134922.000 ...... |

| | X | Y | |
|---|---|---|---|
| TO ............................. | 2168752.572 | 116704.450 | ...... |
| BY STRAIGHT LINE TO ......... | 2165393.572 | 116535.450 | ...... |
| BY ARC CENTERED AT ......... | 2164477.000 | 134753.000 | ...... |
| TO ............................. | 2161326.081 | 116786.616 | ...... |
| BY STRAIGHT LINE TO ......... | 2160026.671 | 117014.505 | ...... |
| BY STRAIGHT LINE TO ......... | 2156272.569 | 117354.955 | ...... |
| BY ARC CENTERED AT ......... | 2157920.000 | 135521.000 | ...... |
| TO ............................. | 2155033.394 | 117510.260 | ...... |
| BY STRAIGHT LINE TO ......... | 2149319.763 | 118425.992 | ...... |
| BY ARC CENTERED AT ......... | 2147751.000 | 136599.000 | ...... |
| TO ............................. | 2149162.352 | 118413.090 | .. . |
| BY STRAIGHT LINE TO .... ..... | 2145000.352 | 118090.090 | ...... |
| BY ARC CENTERED AT ......... | 2143589.000 | 136276.000 | ...... |
| TO ............................. | 2143589.000 | 118035.407 | ...... |
| BY STRAIGHT LINE TO ......... | 2139529.000 | 118035.407 | ...... |
| BY ARC CENTERED AT ......... | 2139529.000 | 136276.000 | ...... |
| TO ............................. | 2137974.807 | 118101.740 | ...... |
| BY STRAIGHT LINE TO ......... | 2136687.713 | 118211.811 | ...... |
| BY STRAIGHT LINE TO ......... | 2132677.620 | 118549.888 | ...... |
| BY ARC CENTERED AT ......... | 2134210.000 | 136726.000 | ...... |
| TO ............................. | 2130789.620 | 118808.962 | ...... |
| BY STRAIGHT LINE TO ......... | 2129668.620 | 119022.962 | ...... |
| BY ARC CENTERED AT ......... | 2133089.000 | 136940.000 | ...... |
| TO ............................. | 2126158.210 | 120067.437 | ...... |
| BY STRAIGHT LINE TO ......... | 2122636.540 | 121514.043 | ...... |
| BY STRAIGHT LINE TO ......... | 2122090.600 | 121683.588 | ...... |
| BY STRAIGHT LINE TO ......... | 2118739.612 | 122394.088 | ...... |
| BY ARC CENTERED AT ......... | 2122523.000 | 140238.000 | ...... |
| TO ............................. | 2114775.806 | 123724.363 | ...... |
| BY STRAIGHT LINE TO ......... | 2111081.806 | 125457.363 | .. ... |
| BY ARC CENTERED AT ......... | 2118829.000 | 141971.000 | ...... |
| TO ............................. | 2108033.001 | 127268.427 | ...... |
| BY STRAIGHT LINE TO ......... | 2107269.001 | 127829.427 | ..... |
| BY ARC CENTERED AT ......... | 2118065.000 | 142532.000 | ...... |
| TO ............................. | 2103682.105 | 131313.642 | ...... |
| BY STRAIGHT LINE TO ......... | 2103291.338 | 131814.638 | .. ... |
| BY STRAIGHT LINE TO ......... | 2063551.901 | 176572.248 | ...... |
| BY ARC CENTERED AT ......... | 2075295.000 | 190530.000 | ...... |
| TO ............................. | 2059950.518 | 180667.643 | ...... |
| BY ARC CENTERED AT ......... | 2071131.000 | 195080.000 | ...... |
| TO ............................. | 2058843.067 | 181599.424 | .. ... |
| BY ARC CENTERED AT ......... | 2062055.000 | 199555.000 | ...... |
| TO ............................. | 2057133.878 | 181990.781 | ...... |
| BY STRAIGHT LINE TO ......... | 2053778.878 | 182930.781 | ...... |
| BY ARC CENTERED AT ......... | 2058700.000 | 200495.000 | ...... |
| TO ............................. | 2053474.211 | 183019.006 | ...... |
| BY STRAIGHT LINE TO ......... | 2052967.358 | 183053.121 | ...... |
| BY STRAIGHT LINE TO ......... | 2051871.023 | 183006.136 | ...... |
| BY ARC CENTERED AT ......... | 2051090.000 | 201230.000 | ...... |
| TO ............................. | 2050844.853 | 182991.054 | ...... |

| | X | Y |
|---|---|---|
| BY STRAIGHT LINE TO | 2048984.853 | 183016.054 |
| BY ARC CENTERED AT | 2049230.000 | 201255.000 |
| TO | 2048033.279 | 183053.706 |
| BY STRAIGHT LINE TO | 2044865.110 | 183262.011 |
| BY STRAIGHT LINE TO | 2041482.009 | 183446.456 |
| BY ARC CENTERED AT | 2042475.000 | 201660.000 |
| TO | 2037472.505 | 184118.784 |
| BY STRAIGHT LINE TO | 2033138.620 | 185354.743 |
| BY STRAIGHT LINE TO | 2032933.709 | 185387.056 |
| BY ARC CENTERED AT | 2035775.000 | 203405.000 |
| TO | 2029790.979 | 186173.902 |
| BY STRAIGHT LINE TO | 2027400.979 | 187003.902 |
| BY ARC CENTERED AT | 2033385.000 | 204235.000 |
| TO | 2026833.971 | 187211.391 |
| BY STRAIGHT LINE TO | 2023509.988 | 188490.527 |
| BY STRAIGHT LINE TO | 2020958.847 | 189326.687 |
| BY ARC CENTERED AT | 2026640.000 | 206660.000 |
| TO | 2019189.740 | 190010.289 |
| BY STRAIGHT LINE TO | 2016613.211 | 191163.211 |
| BY STRAIGHT LINE TO | 2015795.894 | 191414.427 |
| BY ARC CENTERED AT | 2021155.000 | 208850.000 |
| TO | 2013823.478 | 192147.664 |
| BY STRAIGHT LINE TO | 2010121.478 | 193772.664 |
| BY ARC CENTERED AT | 2017453.000 | 210475.000 |
| TO | 2007660.073 | 195086.114 |
| BY STRAIGHT LINE TO | 2006450.073 | 195856.114 |
| BY ARC CENTERED AT | 2016243.000 | 211245.000 |
| TO | 2002812.039 | 198902.856 |
| BY STRAIGHT LINE TO | 2001329.365 | 200516.331 |
| BY STRAIGHT LINE TO | 1998627.524 | 203118.747 |
| BY STRAIGHT LINE TO | 1996876.875 | 204647.104 |
| BY ARC CENTERED AT | 2008873.000 | 218388.000 |
| TO | 1994484.382 | 207176.983 |
| BY STRAIGHT LINE TO | 1993669.382 | 208222.983 |
| BY ARC CENTERED AT | 2008058.000 | 219434.000 |
| TO | 1992024.459 | 210736.599 |
| BY STRAIGHT LINE TO | 1991723.504 | 211291.404 |
| BY STRAIGHT LINE TO | 1991392.007 | 211653.006 |
| BY STRAIGHT LINE TO | 1987526.734 | 215291.902 |
| BY ARC CENTERED AT | 2000030.000 | 228573.000 |
| TO | 1985880.690 | 217061.430 |
| BY STRAIGHT LINE TO | 1984418.690 | 218858.430 |
| BY ARC CENTERED AT | 1998568.000 | 230370.000 |
| TO | 1982725.876 | 221328.633 |
| BY STRAIGHT LINE TO | 1981279.040 | 223863.752 |
| BY ARC CENTERED AT | 1987818.000 | 240892.000 |
| TO | 1978538.859 | 225187.963 |
| BY STRAIGHT LINE TO | 1913512.136 | 252159.733 |
| BY ARC CENTERED AT | 1914373.000 | 270380.000 |
| TO | 1902085.015 | 256899.471 |

| | X | Y |
|---|---|---|
| BY STRAIGHT LINE TO | 1899965.772 | 257778.490 |
| BY ARC CENTERED AT | 1896827.000 | 275747.000 |
| TO | 1895099.636 | 257588.381 |
| BY ARC CENTERED AT | 1882306.000 | 270590.000 |
| TO | 1867537.422 | 259884.472 |
| BY ARC CENTERED AT | 1872418.000 | 277460.000 |
| TO | 1858533.650 | 265630.205 |
| BY ARC CENTERED AT | 1843467.000 | 275912.000 |
| TO | 1848728.806 | 258446.816 |
| BY ARC CENTERED AT | 1835344.000 | 270839.000 |
| TO | 1842206.261 | 253938.450 |
| BY STRAIGHT LINE TO | 1840881.261 | 253400.450 |
| BY ARC CENTERED AT | 1834019.000 | 270301.000 |
| TO | 1817313.904 | 262975.771 |
| BY STRAIGHT LINE TO | 1816821.904 | 264097.771 |
| BY ARC CENTERED AT | 1833527.000 | 271423.000 |
| TO | 1815531.092 | 274400.671 |
| BY ARC CENTERED AT | 1820994.000 | 291804.000 |
| TO | 1808996.684 | 278064.144 |
| BY ARC CENTERED AT | 1809845.000 | 296285.000 |
| TO | 1792971.196 | 289357.232 |
| BY ARC CENTERED AT | 1791584.000 | 307545.000 |
| TO | 1773422.454 | 305848.689 |
| BY ARC CENTERED AT | 1783067.000 | 321331.000 |
| TO | 1771283.720 | 307407.152 |
| BY ARC CENTERED AT | 1782391.000 | 321876.000 |
| TO | 1769316.873 | 309156.470 |
| BY ARC CENTERED AT | 1778769.000 | 324757.000 |
| TO | 1763171.778 | 315299.416 |
| BY ARC CENTERED AT | 1763190.000 | 333540.000 |
| TO | 1762008.035 | 315337.742 |
| BY STRAIGHT LINE TO | 1761238.035 | 315387.742 |
| BY ARC CENTERED AT | 1762420.000 | 333590.000 |
| TO | 1761003.510 | 315404.490 |
| BY ARC CENTERED AT | 1758630.000 | 333490.000 |
| TO | 1751584.928 | 316664.834 |
| BY STRAIGHT LINE TO | 1749526.738 | 316597.235 |
| BY STRAIGHT LINE TO | 1745677.439 | 316238.492 |
| BY STRAIGHT LINE TO | 1741756.932 | 315744.746 |
| BY STRAIGHT LINE TO | 1738097.906 | 314155.450 |
| BY ARC CENTERED AT | 1730831.000 | 330886.000 |
| TO | 1737269.265 | 313819.425 |
| BY STRAIGHT LINE TO | 1733961.536 | 312571.604 |
| BY STRAIGHT LINE TO | 1733064.913 | 312109.811 |
| BY ARC CENTERED AT | 1724713.000 | 328326.000 |
| TO | 1729983.294 | 310863.376 |
| BY STRAIGHT LINE TO | 1729556.701 | 310734.628 |
| BY STRAIGHT LINE TO | 1727510.374 | 309315.183 |
| BY ARC CENTERED AT | 1717114.000 | 324303.000 |
| TO | 1726647.410 | 308752.009 |

| | X | Y | |
|---|---|---|---|
| BY STRAIGHT LINE TO ......... | 1721462.901 | 305573.687 | |
| BY STRAIGHT LINE TO ......... | 1721351.205 | 305467.060 | |
| BY ARC CENTERED AT ......... | 1708756.000 | 318661.000 | |
| TO ........................... | 1715564.505 | 301738.722 | |
| BY STRAIGHT LINE TO ......... | 1713598.505 | 300947.722 | |
| BY ARC CENTERED AT ......... | 1706790.000 | 317870.000 | |
| TO ..... ...................... | 1711470.692 | 300240.186 | |
| BY STRAIGHT LINE TO ......... | 1707760.692 | 299255.186 | |
| BY ARC CENTERED AT ......... | 1703080.000 | 316885.000 | |
| TO ... ........................ | 1706764.569 | 299020.421 | |
| BY STRAIGHT LINE TO ......... | 1704364.569 | 298525.421 | |
| BY ARC CENTERED AT ......... | 1700680.000 | 316390.000 | |
| TO ........................... | 1702465.472 | 298237.002 | |
| BY STRAIGHT LINE TO ......... | 1698144.472 | 297812.002 | |
| BY ARC CENTERED AT ......... | 1696359.000 | 315965.000 | |
| TO ... ... .................... | 1696238.714 | 297724.804 | |
| BY STRAIGHT LINE TO ......... | 1692447.714 | 297749.804 | |
| BY ARC CENTERED AT ......... | 1692568.000 | 315990.000 | |
| TO ........................... | 1691302.392 | 297793.367 | |
| BY STRAIGHT LINE TO ......... | 1688714.392 | 297973.367 | |
| BY ARC CENTERED AT ......... | 1689980.000 | 316170.000 | |
| TO . ........................ | 1687709.313 | 298071.292 | |
| BY STRAIGHT LINE TO ..... .. | 1684999.313 | 298411.292 | |
| BY ARC CENTERED AT ......... | 1687270.000 | 316510.000 | |
| TO ... ...................... | 1683392.698 | 298686.259 | |
| BY STRAIGHT LINE TO ........ | 1674667.698 | 300584.259 | |
| BY ARC CENTERED AT ....... .. | 1678545.000 | 318408.000 | |
| TO ........................... | 1674182.260 | 300696.825 | |
| BY STRAIGHT LINE TO . ....... | 1670983.260 | 301484.825 | |
| BY ARC CENTERED AT .-........ | 1675346.000 | 319196.000 | |
| TO ..... ...... .......... | 1670472.396 | 301618.537 | |
| BY STRAIGHT LINE TO . ....... | 1666144.396 | 302818.537 | |
| BY ARC CENTERED AT . ... .... | 1671018.000 | 320396.000 | |
| TO ........................... | 1665216.208 | 303102.694 | |
| BY STRAIGHT LINE TO ......... | 1663698.256 | 303611.957 | |
| BY STRAIGHT LINE TO .... ..... | 1662427.081 | 303960.024 | |
| BY STRAIGHT LINE TO ......... | 1661678.585 | 304151.016 | |
| BY STRAIGHT LINE TO . ....... | 1659494.422 | 304615.679 | |
| BY ARC CENTERED AT ......... | 1663290.000 | 322457.000 | |
| TO ... .. ......... .... | 1659476.114 | 304619.584 | |
| BY STRAIGHT LINE TO . ....... | 1658119.984 | 304909.541 | |
| BY ARC CENTERED AT ......... | 1658887.000 | 323134.000 | |
| TO ........................... | 1656353.874 | 305070.155 | |
| BY ARC CENTERED AT .. ....... | 1655896.000 | 323305.000 | |
| TO ........................... | 1652649.679 | 305355.609 | |
| BY STRAIGHT LINE TO .... ..... | 1650183.679 | 305801.609 | |
| BY ARC CENTERED AT ......... | 1653430.000 | 323751.000 | |
| TO ... . .. .......... | 1648634.766 | 306151.995 | |
| BY STRAIGHT LINE TO ........ | 1647050.638 | 306583.626 | |
| BY ARC CENTERED AT . .... ... | 1649308.000 | 324684.000 | |

| | X | Y |
|---|---|---|
| TO ............................... | 1643681.190 ...... | 307332.970 ...... |
| BY STRAIGHT LINE TO ......... | 1636292.049 .. .. | 308606.828 ...... |
| BY STRAIGHT LINE TO ......... | 1627130.174 . .. | 309806.774 ...... |
| BY STRAIGHT LINE TO ......... | 1620756.645 ...... | 310390.406 ...... |
| BY ARC CENTERED AT ......... | 1622420.000 . .. | 328555.000 ...... |
| TO ............................... | 1619894.970 ...... | 310490.021 ...... |
| BY STRAIGHT LINE TO ......... | 1614564.970 .. .. | 311235.021 .. .. |
| BY ARC CENTERED AT ......... | 1617090.000 .. .. | 329300.000 ...... |
| TO ............................... | 1613147.762 ...... | 311490.508 ...... |
| BY STRAIGHT LINE TO ......... | 1611814.388 ...... | 311591.352 ...... |
| BY ARC CENTERED AT ......... | 1613190.000 ...... | 329780.000 ...... |
| TO ............................... | 1609959.518 ...... | 311827.752 ...... |
| BY STRAIGHT LINE TO ......... | 1606069.518 .. .. | 312527.752 ...... |
| BY ARC CENTERED AT ......... | 1609300.000 .. .. | 330480.000 .... . |
| TO ............................... | 1604701.693 .. .. | 312828.518 ...... |
| BY STRAIGHT LINE TO ......... | 1604290.346 . . | 312866.444 ...... |
| BY ARC CENTERED AT ......... | 1605965.000 .. .. | 331030.000 ...... |
| TO ............................... | 1601324.800 ...... | 313389.485 ...... |
| BY STRAIGHT LINE TO ......... | 1601195.452 .. .. | 313403.353 ...... |
| BY ARC CENTERED AT ......... | 1603140.000 ... . | 331540.000 .... . |
| TO ...................... .......... | 1598672.218 . . | 313855.030 ...... |
| BY STRAIGHT LINE TO ... ...... | 1596369.924 . . . | 314436.662 ...... |
| BY STRAIGHT LINE TO ........ | 1596179.536 ... . | 314483.099 . . ... |
| BY STRAIGHT LINE TO ......... | 1592424.426 .... | 315063.358 ...... |
| BY ARC CENTERED AT ......... | 1595210.000 . . | 333090.000 ...... |
| TO ............................... | 1591478.647 . . | 315235.134 .... |
| BY ARC CENTERED AT ......... | 1594075.000 . . | 333290.000 . . . |
| TO ............................... | 1589693.705 . ... | 315583.406 ...... |
| BY ARC CENTERED AT ......... | 1593010.000 . | 333520.000 ... . |
| TO ............................... | 1589432.725 . | 315633.627 . . . |
| BY STRAIGHT LINE TO . ........ | 1588107.725 . . | 315898.627 ...... |
| BY ARC CENTERED AT ......... | 1591685.000 ... . | 333785.000 ...... |
| TO ............................... | 1585928.488 . | 316476.568 ...... |
| BY STRAIGHT LINE TO ......... | 1584286.461 . . . | 317022.681 ...... |
| BY STRAIGHT LINE TO ......... | 1582201.158 . . | 317563.459 ...... |
| BY ARC CENTERED AT . ....... | 1586780.000 . ... | 335220.000 ... .. |
| TO ............................... | 1581595.826 .. | 317731.616 .... |
| BY STRAIGHT LINE TO ......... | 1576265.826 ... .. | 319311.616 ...... |
| BY ARC CENTERED AT ... ..... | 1581450.000 ... . | 336800.000 . .... |
| TO ............................... | 1575360.430 ... . | 319605.920 .... |
| BY STRAIGHT LINE TO ...... ... | 1570080.430 ... . | 321475.920 ...... |
| BY ARC CENTERED AT ......... | 1576170.000 . . | 338670.000 ...... |
| TO ............................... | 1569889.483 . | 321544.746 ...... |
| BY STRAIGHT LINE TO ...... | 1565349.483 . | 323209.746 .... |
| BY ARC CENTERED AT ....... .. | 1571630.000 . | 340335.000 ...... |
| TO ............................... | 1563529.454 . | 323991.794 . . |
| BY STRAIGHT LINE TO . .... | 1563104.470 . . | 324202.438 ...... |
| BY STRAIGHT LINE TO ...... .. | 1561073.459 ... . | 324993.694 ...... |
| BY ARC CENTERED AT . ... .... | 1567695.000 . . | 341990.000 . ... |
| TO ......... .................... | 1558882.014 . ... | 326019.699 ...... |

| | X | Y | |
|---|---|---|---|
| BY STRAIGHT LINE TO | 1558878.845 | 326020.658 | |
| BY ARC CENTERED AT | 1564160.000 | 343480.000 | |
| TO | 1556225.264 | 327055.652 | |
| BY STRAIGHT LINE TO | 1556065.664 | 327132.756 | |
| BY STRAIGHT LINE TO | 1553511.012 | 327893.991 | |
| BY ARC CENTERED AT | 1558720.000 | 345375.000 | |
| TO | 1551769.032 | 328510.740 | |
| BY STRAIGHT LINE TO | 1549575.133 | 329415.002 | |
| BY ARC CENTERED AT | 1553840.000 | 347150.000 | |
| TO | 1546080.537 | 330642.124 | |
| BY STRAIGHT LINE TO | 1543910.537 | 331662.124 | |
| BY ARC CENTERED AT | 1551670.000 | 348170.000 | |
| TO | 1541402.425 | 333093.656 | |
| BY STRAIGHT LINE TO | 1540010.551 | 333646.129 | |
| BY ARC CENTERED AT | 1546740.000 | 350600.000 | |
| TO | 1537926.517 | 334629.973 | |
| BY STRAIGHT LINE TO | 1531757.270 | 337418.384 | |
| BY ARC CENTERED AT | 1539270.000 | 354040.000 | |
| TO | 1530263.411 | 338178.077 | |
| BY STRAIGHT LINE TO | 1527498.411 | 339748.077 | |
| BY ARC CENTERED AT | 1536505.000 | 355610.000 | |
| TO | 1526511.279 | 340350.748 | |
| BY STRAIGHT LINE TO | 1526495.252 | 340356.351 | |
| BY ARC CENTERED AT | 1532515.000 | 357575.000 | |
| TO | 1523958.793 | 341465.669 | |
| BY ARC CENTERED AT | 1531240.000 | 358190.000 | |
| TO | 1522812.853 | 342012.780 | |
| BY STRAIGHT LINE TO | 1516478.301 | 345312.618 | |
| BY STRAIGHT LINE TO | 1505571.538 | 350398.247 | |
| BY ARC CENTERED AT | 1513280.000 | 366930.000 | |
| TO | 1504778.049 | 350791.968 | |
| BY STRAIGHT LINE TO | 1493968.049 | 356486.968 | |
| BY ARC CENTERED AT | 1502470.000 | 372625.000 | |
| TO | 1493740.316 | 356609.013 | |
| BY STRAIGHT LINE TO | 1488240.052 | 359606.990 | |
| BY STRAIGHT LINE TO | 1483854.587 | 361809.134 | |
| BY ARC CENTERED AT | 1492040.000 | 378110.000 | |
| TO | 1483320.003 | 362088.736 | |
| BY STRAIGHT LINE TO | 1481463.717 | 363099.069 | |
| BY STRAIGHT LINE TO | 1472522.370 | 367321.496 | |
| BY STRAIGHT LINE TO | 1464631.664 | 370388.555 | |
| BY ARC CENTERED AT | 1471240.000 | 387390.000 | |
| TO | 1464432.797 | 370467.198 | |
| BY STRAIGHT LINE TO | 1461367.007 | 371700.413 | |
| BY STRAIGHT LINE TO | 1455040.915 | 373829.471 | |
| BY STRAIGHT LINE TO | 1449141.552 | 375497.695 | |
| BY ARC CENTERED AT | 1454105.000 | 393050.000 | |
| TO | 1447393.776 | 376088.906 | |
| BY STRAIGHT LINE TO | 1443223.776 | 377738.906 | |
| BY ARC CENTERED AT | 1449935.000 | 394700.000 | |

| | X | Y | |
|---|---|---|---|
| TO | 1442769.075 | 377925.950 | |
| BY STRAIGHT LINE TO | 1437906.346 | 380003.323 | |
| BY STRAIGHT LINE TO | 1435141.472 | 381047.641 | |
| BY STRAIGHT LINE TO | 1431147.160 | 382502.176 | |
| BY ARC CENTERED AT | 1431465.000 | 400740.000 | |
| TO | 1426148.360 | 383291.431 | |
| BY STRAIGHT LINE TO | 1423703.360 | 384036.431 | |
| BY ARC CENTERED AT | 1429020.000 | 401485.000 | |
| TO | 1421665.109 | 384792.942 | |
| BY STRAIGHT LINE TO | 1421218.470 | 384903.464 | |
| BY ARC CENTERED AT | 1425600.000 | 402610.000 | |
| TO | 1417427.962 | 386302.424 | |
| BY STRAIGHT LINE TO | 1411695.359 | 388053.764 | |
| BY STRAIGHT LINE TO | 1406674.661 | 389181.191 | |
| BY STRAIGHT LINE TO | 1400158.431 | 390267.229 | |
| BY STRAIGHT LINE TO | 1395814.598 | 390680.732 | |
| BY STRAIGHT LINE TO | 1390918.652 | 390971.488 | |
| BY ARC CENTERED AT | 1392000.000 | 409180.000 | |
| TO | 1390574.806 | 390995.170 | |
| BY STRAIGHT LINE TO | 1386957.975 | 390976.807 | |
| BY STRAIGHT LINE TO | 1385797.206 | 390941.712 | |
| BY STRAIGHT LINE TO | 1383281.102 | 390515.548 | |
| BY ARC CENTERED AT | 1380235.000 | 408500.000 | |
| TO | 1382826.840 | 390444.486 | |
| BY STRAIGHT LINE TO | 1380530.215 | 390114.809 | |
| BY STRAIGHT LINE TO | 1379792.836 | 389886.779 | |
| BY ARC CENTERED AT | 1363392.000 | 397870.000 | |
| TO | 1364287.995 | 379651.426 | |
| BY STRAIGHT LINE TO | 1363311.995 | 379603.426 | |
| BY ARC CENTERED AT | 1362416.000 | 397822.000 | |
| TO | 1348021.258 | 386618.846 | |
| BY STRAIGHT LINE TO | 1347740.102 | 386685.385 | |
| BY STRAIGHT LINE TO | 1339580.030 | 387874.310 | |
| BY STRAIGHT LINE TO | 1332310.668 | 388693.581 | |
| BY STRAIGHT LINE TO | 1328040.717 | 388886.344 | |
| BY STRAIGHT LINE TO | 1323345.435 | 388897.040 | |
| BY STRAIGHT LINE TO | 1318623.382 | 388813.567 | |
| BY STRAIGHT LINE TO | 1313960.559 | 388548.345 | |
| BY STRAIGHT LINE TO | 1309176.109 | 388113.641 | |
| BY STRAIGHT LINE TO | 1299212.104 | 386971.530 | |
| BY STRAIGHT LINE TO | 1294263.747 | 386188.550 | |
| BY ARC CENTERED AT | 1291413.000 | 404205.000 | |
| TO | 1293947.880 | 386141.401 | |
| BY STRAIGHT LINE TO | 1288688.880 | 385403.401 | |
| BY ARC CENTERED AT | 1286154.000 | 403467.000 | |
| TO | 1288273.366 | 385349.949 | |
| BY STRAIGHT LINE TO | 1282879.366 | 384718.949 | |
| BY ARC CENTERED AT | 1280760.000 | 402836.000 | |
| TO | 1282342.694 | 384664.200 | |
| BY STRAIGHT LINE TO | 1277049.694 | 384203.200 | |

| | X | Y |
|---|---|---|
| BY ARC CENTERED AT | 1275467.000 | 402375.000 |
| TO | 1276973.676 | 384196.739 |
| BY STRAIGHT LINE TO | 1266567.571 | 383334.246 |
| BY STRAIGHT LINE TO | 1261753.853 | 382854.687 |
| BY STRAIGHT LINE TO | 1256844.970 | 382176.061 |
| BY STRAIGHT LINE TO | 1252081.894 | 381444.329 |
| BY STRAIGHT LINE TO | 1247119.827 | 380488.609 |
| BY ARC CENTERED AT | 1243670.000 | 398400.000 |
| TO | 1246625.928 | 380400.508 |
| BY STRAIGHT LINE TO | 1243865.458 | 379947.175 |
| BY STRAIGHT LINE TO | 1240510.889 | 379144.329 |
| BY STRAIGHT LINE TO | 1238894.264 | 378640.306 |
| BY STRAIGHT LINE TO | 1234691.701 | 377218.487 |
| BY ARC CENTERED AT | 1228846.000 | 394497.000 |
| TO | 1233981.468 | 376994.252 |
| BY ARC CENTERED AT | 1225768.000 | 393281.000 |
| TO | 1230677.055 | 375713.405 |
| BY STRAIGHT LINE TO | 1229077.217 | 374979.877 |
| BY ARC CENTERED AT | 1219065.000 | 390227.000 |
| TO | 1227370.800 | 373987.144 |
| BY STRAIGHT LINE TO | 1226184.927 | 373380.635 |
| BY STRAIGHT LINE TO | 1227213.819 | 367277.089 |
| BY ARC CENTERED AT | 1209227.000 | 364245.000 |
| TO | 1214917.815 | 346914.857 |
| BY STRAIGHT LINE TO | 1213303.815 | 346384.857 |

4. Pending further order of the Court or agreement of the parties, leases of lands lying partly within the area above described and partly landward of that area shall be in no way affected by anything contained in this decree, and revenues derived from such leases shall remain subject to impoundment under the Interim Agreement of October 12, 1956, as amended, in the same manner as heretofore.

5. The Court retains jurisdiction to entertain such further proceedings, enter such orders and issue such writs as may from time to time be deemed necessary or advisable to give proper force and effect to its previous orders or decrees herein or to this decree or to effectuate the rights of the parties in the premises.